## BUCKALEW V. TOWN OF LAFAYETTE.

(Decided July 6, 1910.)

APPEAL from Chambers Chancery Court.

Heard before Hon. W. W. WHITESIDE.

E. M. OLIVER, for appellant.   N. D. DENSON, for appellee.

SAYRE, J.—The decree is affirmed.

---

## CALDWELL V. CALDWELL.

(Decided May 19, 1910.)

APPEAL from Jackson Circuit Court.

Heard before Hon. W. W. HARALSON.

No counsel marked for either party.

Per curiam.   Appeal dismissed.

---

## CARTER V. THE STATE.

(Decided June 2, 1910.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. L. WEAVER.

No counsel marked for appellant.   ALEXANDER M. GARBER, Attorney General, for the State.

SIMPSON, J.—Affirmed for want of error in the record.

ANDERSON, MAYFIELD and SAYRE, JJ., concur.

---

## COURTLAND MERCANTILE CO. V. HOLLAND.

(Decided July 6, 1910.   Rehearing denied Dec. 22, 1910.)

APPEAL from Lawrence Circuit Court.

Heard before Hon. D. W. SPEAKE.

C. M. SHERROD, and TIDWELL & SAMPLE, for appellant.   D. C. ALMON, for appellee.